18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

FRANK CARTER

V.

CRANE CHEMPHARMA & ENERGY CORPORATION

NO. __84745__                                    DIV. __B__

## PETITION

The petition of Frank Carter, a resident of and domiciled in East Baton Rouge Parish, Louisiana, respectfully represents:

1.

Made Defendant herein is Crane Chempharma & Energy Corp, a foreign corporation, domiciled in Wilmington, Delaware with a registered office in Louisiana at 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816 which is just and truly indebted unto the Plaintiff herein for his damage and losses, together with legal interest hereon from date of judicial demand and all costs from this proceeding, for the following, to wit:

2.

The Plaintiff herein is employed by Corr Tech, Inc. as a sales representative in southeast Louisiana.

3.

Corr Tech, Inc. manufactures, inter alia, corrosion resistant and high porosity piping valvues, tanks, pumps, and custom fabrications for sale to commercial businesses.

4.

A business competitor to Corr Tech, Inc. is an entity named Crane Chempharma & Energy Corp. a non-Louisiana corporation domiciled in Wilmington, Delaware.

5.

One of the customers of the Plaintiff is a facility operated by Westlake Corporation which has a chemical manufacturing facility located just south of Plaquemine, Louisiana in Iberville Parish, Louisiana.

Page 1 of 4


**Certified True and Correct Copy**
CertID: 2025120900139

*Amy Martin*
Iberville Parish
Clerk of Court

Generated Date:
12/9/2025 3:26 PM

Exhibit A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 132, 133, and/or RPC Rule 3.3(a)(3).

6.

Westlake Corporation has been a customer and purchaser of Frank Carter and he has sold to West Lake significant annual purchases of Corr Tech products for many years.

7.

On information and belief, it is alleged that in 2023 there was a catastrophic failure of a certain 2 inch carbon steel PTFE lined pipe manufactured by Corr Tech.

8.

Portions of the failed carbon steel were allegedly obtained by representatives of Crane Chempharma & Entergy and analyzed at the Marion, North Carolina facility of Crane Chempharma, concluding that there was damage to the OD of the liner during the manufacturing process by Corr Tech.

9.

In or about November, 2023, Crane instigated a meeting of the Westlake engineers and perhaps contractors at this time the Crane employees denigrated the products of Corr Tech as being the cause of damages to the Westlake facility piping. (references to multiple failures)

10.

As a result thereof, sales by the Plaintiff of Corr Tech products to Westlake sites fell dramatically in 2024 and even further in 2025 resulting in a significant loss of income to Plaintiff.

11.

Plaintiff suspects that despite allegations to the contrary, no piping was ever sent off for evaluation by Crane in North Carolina nor is there a reference to serial numbers or audit trails for the involved piping.


**Certified True and Correct Copy**
CertID: 2025120900139

*Amy McLin*
Iberville Parish
Clerk of Court

Generated Date:
12/9/2025 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Exhibit A

12.

It is common policy at a Westlake facility that whenever a failure occurs, that failure is to be documented by preparation of a "Fabricator non-compliance report" prepared by a site engineer.

13.

Plaintiff has not seen any such reports and has significant doubt that those reports even exist for any incidents in question.

14.

Plaintiff alleges that the employees of Crane engaged in a systematic course of action to interfere with the business relationship of Plaintiff with Westlake.

15.

As a result of this systematic action, Plaintiff suffered a significant loss of business with Westlake.

16.

This systematic operation was instituted with actual malice towards Plaintiff and his employer to interfere in his business relationship.

17.

Plaintiff also alleges violations of the Louisiana Unfair Trade Practices Act ("LUTPA") as cited in La. R.S. 51: 1401, et seq as set forth above.

18.

As a result of the foregoing acts of the Defendant's employees, the contractual relationship between Plaintiff, Plaintiff's employer, and Westlake was virtually destroyed, in that Crane and Corr Tech are business competitors and Crane employees were aware of the relationship between Corr Tech and Westlake, the course of action by Crane employees was designed to significantly reduce or otherwise seize the business relationship between Plaintiff, Plaintiff's employer that existed with Westlake which is all the more egregious because there was no justification or basis for the Crane actions.


**Certified True and Correct Copy**
CertID: 2025120900139

*Amy Martin*
Iberville Parish
Clerk of Court

Generated Date:
12/9/2025 3:26 PM

Exhibit A

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

19.

As a result of the actions of Crane, through its employees, Plaintiff has lost significant sales of Corr Tech products and the commissions thereon which he has maintained for the previous 19 years.

WHEREFORE, Petitioner prays that after due proceedings are had, that there be judgment rendered herein his favor and against the Defendant for such sums or sum of money as will reasonably compensate Plaintiff for his past and future monetary damages, together with legal interest thereon from date of judicial demand, until paid, and all costs of these proceedings.

For all just and equitable relief.

BY ATTORNEY:

Patrick W. Pendley, LA Bar No. 10421
PENDLEY, BAUDIN & COFFIN, LLP
P. O. Drawer 71
24110 Eden St.
Plaquemine, Louisiana 70765
Email: pwpendley@pbclawfirm.com
Phone: 225/687-6396
Fax: 225/687-6398

Please serve Defendant:

Crane Chempharma & Energy Corp
Through its registered agent
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Iberville Parish Clerk of Court  C-84745
Filed Nov 12, 2025 2:15 PM          B
Shaquonia Grevious
Deputy Clerk of Court

Page 4 of 4


Certified True and
Correct Copy
CertID: 2025120900139

Iberville Parish
Clerk of Court

Generated Date:
12/9/2025 3:26 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Exhibit A



# CITATION FOR PETITION

| | |
|---|---|
| **FRANK CARTER** | **EIGHTEENTH JUDICIAL DISTRICT** |
| **VS** | **DOCKET NUMBER: C-84745 B** |
| **CRANE CHEMPHARMA , ET AL** | **PARISH OF IBERVILLE PARISH CLERK OF COURT STATE OF LOUISIANA** |

**CRANE CHEMPHARMA**                                   Parish of IBERVILLE
**CRANE CHEMPHARMA & ENERGY CORP THROUGH ITS RESISTERED AGENT**
**CT CORPORATION SYSTEM 3867 PLAZA TOWER DR**
**BATON ROUGE, LA 70816**

You are named as a defendant in the above captioned matter. Attached to this citation is a certified copy of: PETITION .

You must either comply with the demand contained in the petition or make and appearance either by filling an answer or other pleading in the EIGHTEENTH JUDICIAL DISTRICT located P.O. BOX 423 within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
A. A defendant shall file his answer within **twenty-one (21)** days after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issues by the Clerk for the Court for the EIGHTEENTH JUDICIAL DISTRICT Judicial District Court on the 13TH DAY OF NOVEMBER, 2025.


RECEIVED DEC 0 1 2025 By_____

I made service on the named party through the
CT CORPORATION
**IBERVILLE PARISH CLERK OF COURT**
**DEPUTY CLERK FOR** NOV 2 1 2025
**AMY MATIRNE PATIN - CLERK OF COURT**
By tendering a certified copy to
Bailea Fudich

BY: B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

REQUESTED BY: PENDLEY, PATRICK W.

RECEIVED ON THE _____ DAY OF _____, 20_____ AND ON THE _____ DAY OF _____ SERVED THE ABOVE NAMED PARTY AS FOLLOWS:

PERSONAL SERVICE ON THE PARTY HEREIN NAMED _____.

DOMICILIARY SERVICE ON THE PARTY HEREIN NAMED BY LEAVING THE SAME AT HIS DOMICILE IN THE PARISH IN THE HANDS OF _____, A PERSON APPARENTLY OVER THE AGE OF SEVENTEEN YEARS, LIVING AND RESIDED IN SAID DOMICILE AND WHOSE NAME AND OTHER FACTS CONNECTED WITH THIS SERVICE, I LEARNED BY INTERROGATING THE SAID PERSON, SAID PARTY HEREIN BEING ABSENT FROM HIS RESIDENCE AT THE TIME OF SAID SERVICE.

RETURNED: PARISH OF _____ THIS _____ DAY OF _____, 20_____

SERVICE $_____   BY:_____
MILEAGE $_____        DEPUTY SHERIFF
TOTAL  $_____

ORIGINAL – RETURN        COPY – SERVICE        COPY - CLERK

RECEIVED DATE
NOV 2 0 2025
Sheriff Office

### RETURN

**Certified True and Correct Copy**
CertID: 2025120900141

Iberville Parish
Clerk of Court

Generated Date:
12/9/2025 3:27 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Exhibit A